IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADRIAN DICKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAWNA HUSTED and ALLEN HUSTED,<br><br>    Defendants. | Case No. 25-cv-00200-SMR-WPK<br><br>**RESISTANCE TO MOTION TO DISMISS** |

    Plaintiff Adrian Dickey ("Plaintiff") respectfully resists Defendants Allen Husted's and Shawna Husted's (the "Husteds") Motion to Dismiss, Dkt. 6 ("Motion").

    On August 18, 2025, Plaintiff filed an amended complaint that contains additional and substantive allegations, many of which address the details that the Husteds' Motion says were lacking in Plaintiff's original complaint. *See* Dkt. 9. Plaintiff submitted the amendment within 21 days of the Husteds' Motion as permitted by Rule 15 and without having to seek consent of the parties or leave of court. Fed. R. Civ. P. 15(a)(1)(B).

    Following that filing Plaintiff's counsel conferred by email with the Husteds' counsel for purposes of confirming that the Husteds' Motion is moot because it attacks an inoperative pleading. *E.g. Sanga v. Barr*, 706 F. Supp. 3d 803, 808 n.6 (S.D. Iowa 2020) (citing *Onyiah v. St. Cloud State Univ.*, 655 F. Supp. 2d 948, 958 (D. Minn. 2009) ("[A]s a general proposition, if a defendant files a Motion to Dismiss, and the plaintiff later files an Amended Complaint, the amended pleading renders the defendant's Motion to Dismiss moot.")). The Husteds' counsel confirmed this understanding.

    Because the parties agree that the Husteds' Motion is moot, Plaintiff respectfully resists the relief requested therein and asks the Court to deny the Husteds' Motion as moot. The ruling should be without prejudice to the Husteds' right to challenge Plaintiff's

amended complaint, if they so choose. *See* Fed. R. Civ. P. 15(a)(3) (establishing a two week period to respond to amended pleadings).

Dated: August 19, 2025

        Respectfully submitted,

        SIMMONS PERRINE MOYER BERGMAN PLC

        /s/ Abram V. Carls
        Abram V. Carls, AT0011818
        Samuel J. Gray, AT0015718
        115 Third Street SE, Suite 1200
        Cedar Rapids, IA 52401-1266
        Tel: 319-366-7641; Fax: 319-366-1917
        acarls@spmblaw.com
        sgray@spmblaw.com
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Southern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

        /s/ Abram V. Carls