IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ADRIAN DICKEY,<br><br>          Plaintiff,<br><br>     v.<br><br>SHAWNA HUSTED and ALLEN HUSTED,<br><br>          Defendants. | Case No.: 4:25-cv-00200-SMR-WPK<br><br>**MOTION TO SEAL** |

COME NOW Defendants Shawna and Allen Husted ("Husteds"), by and through undersigned counsel, and respectfully move the Court for an order to seal the Complaint [Doc. 1], First Amended Complaint [Doc. 9], and Response to Motion to Dismiss [Doc. 13], pursuant to Local Rule 5(c) and applicable case law.

1.  As set forth in the Complaint and First Amended Complaint, the basis for this lawsuit is the Husteds' prosecution of a previous lawsuit in the Iowa District Court for Jefferson County, *Dickey v. Dickey*, CVEQ004601 ("State Lawsuit").

2.  The State Lawsuit involved a significant amount of personal information, including personal texts between Shawna and Allen Husted.

3.  To protect the parties' privacy, the parties entered into a stipulated Protective Order on March 8, 2024. A copy of the Protective Order is attached as **Exhibit A**.

4.  Pursuant to the Protective Order:

    All documents and things designated as confidential by the Partis, the contents of such additional documents, and any deposition testimony designated as confidential shall be kept confidential and shall not be disclosed to anyone except as provided herein.

**Ex. A**, ¶ 2; *see id.* ¶ 5 (delineating to whom Confidential Information may be disclosed).

5.  There is no provision in the Protective Order permitting any party to file Confidential Information in the public record in a subsequent lawsuit.

6. Plaintiff's Complaint, First Amended Complaint, and Response to Motion to Dismiss First Amended Complaint contain screen shots of text messages between and among Shawna, Allen, and Korynn Husted.

7. The text messages were designated "Confidential" when they were produced to Plaintiff in the State Lawsuit. *See* **Ex. B** (redacted version of HUSTED 6069 produced in the State Lawsuit, showing "Confidential" designation and a portion of the screen shot included in Plaintiff's filings).

8. On Monday, June 30, 2025, undersigned counsel informed counsel for Plaintiff that filing the text messages in the public record violated the Protective Order. *See* **Ex. C**, email correspondence.

9. In the email exchange on June 30 and July 1, 2025, Plaintiff's counsel stated: "I have no issue with extending prior confidentiality, assuming our magistrate agrees." *Id.* at 6 (highlighted pink).

10. Nonetheless, Plaintiff's counsel has taken no steps to inform the Court that the text messages included in the bodies of his filings constitute Confidential Information per the Protective Order.

11. Accordingly, the Husteds move for an order sealing the Complaint, First Amended Complaint, and Response to Motion to Dismiss, and for an order requiring further filings that include material designated Confidential Information in the State Lawsuit to be filed under seal.

12. Should the Court desire, the Husteds will provide additional documentation establishing that the screen shots included in Plaintiff's filings were designated "Confidential" in the State Lawsuit for the Court's *in camera* review.

WHEREFORE, Defendants Shawna and Allen Husted respectfully request that the Court enter an Order sealing the Complaint, First Amended Complaint, and Response to Motion to Dismiss, requiring further filings containing Confidential Information, if any, to be filed under seal, and granting such further relief as the Court deems appropriate.

        Respectfully submitted,

        PUGH HAGAN PRAHM PLC

By: */s/ Siobhan Briley*
    Siobhan Briley (AT0012848)
    sbriley@pughhagan.com
    425 E. Oakdale Blvd., Suite 201
    Coralville, IA 52241
    Tel.: (319) 351-2028
    Fax: (319) 351-1102
    *Attorney for Defendants Shawna Husted and Allen Husted*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States District Court for the Southern District of Iowa using the CM / ECF system which will send notification of such filing to all attorneys and parties of record.

        */s/Siobhan Briley*