# EXHIBIT B

Messages - Shawna Husted

They straight up, knew that Adrian was a man and not Korynn.

Liked "They straight up, knew that Adrian was a man and n..."

They could've at least FaceTime her or something.

Liked "They could've at least FaceTime her or something."

We really need to get her prepped for this deposition,

Loved "We really need to get her prepped for this deposit..."

4/25/24, 2:58 PM

Ugh

They are just pushing us around. That's something we talked about in our meeting.

Page 1876 of 2081

EXHIBIT B

CONFIDENTIAL                                                                                                                                    HUSTED 06069