# EXHIBIT C

| | |
|---|---|
| From: | Abram Carls |
| To: | Siobhan Briley; Samuel J. Gray |
| Cc: | Elisa Ryan |
| Subject: | RE: Violation of Protective Order |
| Date: | Tuesday, July 1, 2025 4:26:27 PM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image004.jpg |
| | image006.jpg |
| | image008.jpg |
| | image010.jpg |
| | image012.jpg |
| | image013.jpg |
| | spmbleft300x78pixels_3c34639c-f9ae-4142-92d7-03247077415b.jpg |

**CAUTION:** This email originated from outside of the firm. Do not click links, open attachments or share confidential information unless you recognize the sender and know the content is safe.

Understood. Not agreed, but understood.



**Abram Carls**
Member


SPMB Left 300x78 pixels.jpg


**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

**From:** Siobhan Briley <SBriley@pughhagan.com>
**Sent:** Tuesday, July 1, 2025 4:25 PM
**To:** Abram Carls <acarls@spmblaw.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Elisa Ryan <ERyan@pughhagan.com>
**Subject:** RE: Violation of Protective Order

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To be clear, however, the Husteds believe the information itself is confidential because it is personal. I only add this in the event it is material to your consideration of a solution.

<span style="color:red">EXHIBIT C, p.1</span>

Thank you.

        **Siobhan Briley**, Member (she/her/hers)
        Pugh Hagan Prahm PLC ~ (319) 351-2028

YOUR BUSINESS MATTERS℠

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Tuesday, July 1, 2025 3:14 PM
**To:** Siobhan Briley <SBriley@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Elisa Ryan <ERyan@pughhagan.com>
**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the firm. Do not click links, open attachments or share confidential information unless you recognize the sender and know the content is safe.

Okay. Thank you.

The issue, then, is that Shawna and Allen want to keep this information from public view, as opposed to the information being confidential to begin with? Assuming that's the issue we're confronting, let me think about ways we might solve it simply.

**Abram Carls**
Member



**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Siobhan Briley <SBriley@pughhagan.com>
**Sent:** Tuesday, July 1, 2025 3:10 PM
**To:** Abram Carls <acarls@spmblaw.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Elisa Ryan <ERyan@pughhagan.com>

<span style="color:red">**EXHIBIT C, p.2**</span>

**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm just referring to the screenshots of the text messages between Shawna, Allen, and Korynn that were cut-and-pasted into the complaint. They are on pages 4, 5, 6, and 7. I don't have any concerns about the statements written by counsel.

Thanks.

> **Siobhan Briley**, Member (she/her/hers)
> Pugh Hagan Prahm PLC ~ (319) 351-2028

YOUR BUSINESS MATTERS℠

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Tuesday, July 1, 2025 3:08 PM
**To:** Siobhan Briley <SBriley@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Elisa Ryan <ERyan@pughhagan.com>
**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the firm. Do not click links, open attachments or share confidential information unless you recognize the sender and know the content is safe.

Siobhan,

What paragraphs of the complaint concern you? Maybe we need a call? I worry that we're not disagreeing, just miscommunicating.

**Abram Carls**
Member



**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com

<span style="color:red">EXHIBIT C, p.3</span>

Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Siobhan Briley <SBriley@pughhagan.com>
**Sent:** Tuesday, July 1, 2025 2:55 PM
**To:** Abram Carls <acarls@spmblaw.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Elisa Ryan <ERyan@pughhagan.com>
**Subject:** RE: Violation of Protective Order

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe:

The texts are confidential to my clients for a few reasons, the most important of which is that they discuss events in Korynn's life. Shawna and Allen are very concerned that any disclosure of their communications discussing Korynn's life to the public will negatively affect Korynn's mental health. They have told me that Korynn is finally stable, but she has more than once brought up the issue of the previous lawsuit and is concerned about information from the lawsuit being disclosed. (Korynn has also expressed a strong preference for there to be no more litigation between her mother and father. Accordingly, Shawna and Allen have not told her about this new case filed by Adrian.)

In addition, the texts contain statements that, taken out of context, portray Shawna and Allen as dishonest people. Although they live in Virginia, Shawna and Allen are still involved in their former community in Ottumwa, and they do not want the press disseminating such disparaging information about them to the Ottumwa community. There is no reason these text messages need to be part of the public record, except perhaps that your client bears a grudge because of the previous lawsuit (which we submit is not a reason to disclose documents marked confidential).

While you and your client might have different views about whether my clients' text messages are properly published in a public forum, we all signed the protective order to keep personal information out of public discourse. We would like that agreement to be honored even if you disagree about the basis for labeling the documents confidential.

Finally, we do not want to engage in a re-evaluation of every document that was marked confidential in the previous litigation for purposes of this case. That would be a waste of time and money and serves no purpose other than to stoke the animosity between my clients and yours. I suggest instead that we simply comply with the promises we made in the protective order as written and signed.

Thank you.

> **Siobhan Briley**, Member (she/her/hers)
> Pugh Hagan Prahm PLC ~ (319) 351-2028

YOUR BUSINESS MATTERS℠

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Monday, June 30, 2025 5:28 PM
**To:** Siobhan Briley <SBriley@pughhagan.com>; Elisa Ryan <ERyan@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>
**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the firm. Do not click links, open attachments or share confidential information unless you recognize the sender and know the content is safe.

Siobhan,

My view is there is nothing confidential about what was included in the complaint. Can you please explain what you believe was confidential and why? I'm trying to discuss substance and not arbitrary prior markings. Thank you.

**Abram Carls**
Member



**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Siobhan Briley <SBriley@pughhagan.com>
**Sent:** Monday, June 30, 2025 5:14 PM
**To:** Abram Carls <acarls@spmblaw.com>; Elisa Ryan <ERyan@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>

**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe,

My clients object to the texts being included in a publicly filed document. The texts were properly labeled "confidential" under the protective order in the Jefferson County case, and no one challenged that designation. At this point, we believe that designation controls and request that the protective order be complied with regarding the materials produced in the Jefferson County case that are labeled "confidential."

I don't believe we need to establish for the magistrate in the federal case why the documents were labeled confidential in the state case—just that they were, the designation was not challenged, the protective order was not amended or withdrawn, and therefore the terms of the protective order need to be complied with in the federal case. If you have a different view, let me know.

Thanks.

> **Siobhan Briley**, Member (she/her/hers)
> Pugh Hagan Prahm PLC ~ (319) 351-2028

YOUR BUSINESS MATTERS<sup>SM</sup>

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Monday, June 30, 2025 4:49 PM
**To:** Siobhan Briley <SBriley@pughhagan.com>; Elisa Ryan <ERyan@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>
**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the firm. Do not click links, open attachments or share confidential information unless you recognize the sender and know the content is safe.

Siobhan,

Sorry, I'm trying to ask a more substantive question. What about disclosure of the existing texts concerns you? ==I have no issue with extending prior confidentiality, assuming our magistrate agrees.==

EXHIBIT C, p.6

But for the texts that you are focusing on with the complaint, which of them is so confidential that it needs to be filed under seal? Stated differently, why does it need a confidential label in the first place? Hopefully this helps clarify. Abe.


**Abram Carls**
Member



**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Siobhan Briley <SBriley@pughhagan.com>
**Sent:** Monday, June 30, 2025 4:44 PM
**To:** Abram Carls <acarls@spmblaw.com>; Elisa Ryan <ERyan@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>
**Subject:** RE: Violation of Protective Order

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe:

I am fairly sure my clients will not agree to permit the use of confidential materials from the previous lawsuit in the current proceeding unless they are filed under seal. If documents containing confidential materials are filed under seal, then I likely will have no objection/opposition to a motion to use them in this case.

I'm not sure whether you're asking what information should be protected from disclosure generally or what information in the complaint should be protected—but I think my answer is the same for both: any reproduction of material produced in discovery that was labeled "confidential" (such as the text messages pasted into the complaint) should be filed under seal.

Thanks.

**Siobhan Briley**, Member (she/her/hers)
Pugh Hagan Prahm PLC ~ (319) 351-2028

YOUR BUSINESS MATTERS[SM]

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Monday, June 30, 2025 3:58 PM
**To:** Elisa Ryan <ERyan@pughhagan.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Siobhan Briley <SBriley@pughhagan.com>
**Subject:** RE: Violation of Protective Order

> **CAUTION:** This email originated from outside of the firm. Do not click links, open attachments or share confidential information unless you recognize the sender and know the content is safe.

Siobhan,

Do you resist a motion to permit the use of confidential materials in the prior action in the current action? Separately, what specific information do you contend should be protected from disclosure? No rush in answering. I understand we're all busy elsewhere this week. Thank you.

**Abram Carls**
Member

SPMB Left 300x78 pixels.jpg


**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Elisa Ryan <ERyan@pughhagan.com>
**Sent:** Monday, June 30, 2025 3:54 PM
**To:** Abram Carls <acarls@spmblaw.com>; Samuel J. Gray <sgray@spmblaw.com>
**Cc:** Siobhan Briley <SBriley@pughhagan.com>
**Subject:** Violation of Protective Order

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe and Sam,

Attached please find correspondence from Attorney Siobhan Briley.

Thank you,
*Elisa*

      **Elisa C. Ryan**, Legal Assistant to Siobhan Briley and Ryan J. Prahm
      Pugh Hagan Prahm PLC ~ Attorneys and Counselors
      425 E. Oakdale Blvd. Suite 201, Coralville, IA 52241-1755
      office: (319) 351-2028 | fax: (319) 351-1102 | VCard | Email | PughHagan.com

YOUR BUSINESS MATTERS[SM]

Notice: Since email messages sent between you and Pugh Hagan Prahm PLC and its employees are transmitted over the Internet, Pugh Hagan Prahm PLC cannot assure that such messages are secure. You should be careful in transmitting information to Pugh Hagan Prahm PLC that you consider confidential. If you are uncomfortable with such risks, you may decide not to use e-mail to communicate with Pugh Hagan Prahm PLC. This message is covered by the Electronic Communication Privacy Act, 18 U.S.C. Sections 2510-2515, is intended only for the use of the person to whom it is addressed and may contain information that is confidential and subject to the attorney-client privilege. It should also not be forwarded to anyone else. If you received this message and are not the addressee, you have received this message in error. Please notify the person sending the message and destroy your copy. Thank you.