# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOURTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ADRIAN DICKEY,<br><br>      Plaintiff,<br><br>vs.<br><br>SHAWNA HUSTED and ALLEN HUSTED,<br><br>      Defendants. | Case No. 25-cv-00200-SMR-WPK<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

The Parties, pursuant Fed. R. Civ. P. 26(c), jointly request that the Court enter a Protective Order to maintain the confidentiality of personal information discovered in this case, and in support state:

1. The parties in the above-captioned matter have served and will engage in written discovery relating to the claims and defenses herein.

2. The parties reasonably expect that discovery will embrace sensitive personal information, including information designated as confidential in previous litigation between the parties. Prior to the production of any confidential information, the parties request that the Court enter a protective order in a form substantially similar to the attached Protective Order so that confidential information is protected from public disclosure.

3. The parties have conferred and stipulated to cause and the entry of the proposed Protective Order attached hereto.

WHEREFORE, the Parties jointly request that the Court enter the proposed Protective Order and for whatever other and additional relief the Court deems just and equitable.

Dated: October 6, 2025

                                       Respectfully Submitted,

SIMMONS PERRINE PLC

/s/ Abram V. Carls
Abram V. Carls, AT0011818
Samuel J. Gray, AT0015718
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
acarls@sp.law
sgray@sp.law
ATTORNEYS FOR PLAINTIFF

PUGH HAGAN PRAHM PLC

/s/ Siobhan Briley
Siobhan Briley, AT0012848
sbriley@pughhagan.com
425 E. Oakdale Blvd., Suite 201
Coralville, IA 52241
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 06, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Southern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

                                         /s/ Abram V. Carls