# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Adrian Dickey

                                        **CIVIL NUMBER:   4:25-cv-00200-SMR-WPK**

                Plaintiff(s),

v.                                          **JUDGMENT IN A CIVIL CASE**

Shawna Husted, and Allen Husted,

                Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Defendants' motion to dismiss for failure to state a claim is granted.  Case is dismissed without prejudice.  Judgment is entered in favor of defendants and against plaintiff.

Date: October 29, 2025

                                                  CLERK, U.S. DISTRICT COURT

                                                 /s/  C. Greene
                                                 _____

                                                 By: Deputy Clerk