# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ADRIAN DICKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAWNA HUSTED and ALLEN HUSTED,<br><br>    Defendants. | Case No. 25-cv-00200-SMR-WPK<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Adrian Dickey hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case entered on October 30, 2025 (Doc. 26), and from each and every other adverse judgment, order, and ruling inherent therein or subsequently entering therefrom, including the October 29, 2025 Order on Motion to Dismiss (Doc. 25).

Respectfully submitted,

SIMMONS PERRINE PLC

/s/ Abram V. Carls
Abram V. Carls, AT0011818
Samuel J. Gray, AT0015718
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Tel: 319-366-7641; Fax: 319-366-1917
acarls@sp.law
sgray@sp.law
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Southern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Abram V. Carls